## Commonwealth *v.* Jennings, Appellant.

 Submitted March 17, 1975. *Reggie B. Walton* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

 Submitted June 16, 1975. *Richard E. Johnson,* for appellant; *Stephen Levin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.